**Order filed December 8, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00687-CV

_____

## LATASHA ROSE, Appellant

## V.

## HOUSTON INDEPENDENT SCHOOL DISTRICT, Appellee

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2014-27763

## O R D E R

Appellant's brief was due November 28, 2016. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 9, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM